**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMBUS INC., | No. C 05-2298 WDB |
| Plaintiff, | |
| | ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT |
| v. | |
| SAMSUNG ELECTRONICS CO. LTD., et al., | |
| Defendant(s). | |

This case was randomly assigned at filing to the undersigned United States Magistrate Judge. Without the written consent of all parties to jurisdiction pursuant to 28 U.S.C. section 636(c), a Magistrate Judge may not hear and determine a motion that could be dispositive of an action or a claim or defense. On July 15, 2005, plaintiff filed a motion to dismiss and strike certain of defendant's counterclaims and affirmative defenses pursuant to Federal Rule of Civil Procedure 12 - a potentially dispositive motion. In light of plaintiff's pending motion, the Court asks the parties to consider the attached "Consent to Assignment or Request for Reassignment," make an election, and e-file the consent or request for reassignment **by no later than July 29, 2005.**

IT IS SO ORDERED.

Dated: July 20, 2005                /s/ Wayne D. Brazil
                                    WAYNE D. BRAZIL
                                    United States Magistrate Judge

Copies to: Parties, WDB.

1