(All Parties Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/30/05*

| | |
|---|---|
| RAMBUS INC., | Case No.  C-05-02298-RMW |
| Plaintiff, | **STIPULATION AND ORDER TO SET INITIAL CASE MANAGEMENT CONFERENCE ON OCTOBER 28, 2005** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| Defendants. | |

1   WHEREAS, the Court issued an order on August 1, 2005 granting Rambus Inc.'s
2   Administrative Motion for Related Case, and this case was accordingly reassigned;

3   The parties through their undersigned counsel hereby stipulate and request that the
4   Initial Case Management Conference in this case be held on October 28, 2005 and that it be heard
5   concurrently with the case management conference in related case, *Rambus Inc. v. Hynix
6   Semiconductor Inc., et al.*, Case No. C-05-00334-RMW.  A stipulated request to continue the case
7   management conference date to October 28, 2005 is being separately submitted in Case No. C-
8   05-00334-RMW.

9   Respectfully submitted:

10  Dated: August 25, 2005                           WEIL, GOTSHAL & MANGES LLP

                                                    By: /S/  Edward Reines
                                                    Edward R. Reines (Bar No. 135960)
                                                    WEIL, GOTSHAL & MANGES LLP
                                                    Silicon Valley Office
                                                    201 Redwood Shores Parkway
                                                    Redwood Shores, CA  94065
                                                    Telephone: (650) 802-3000
                                                    Facsimile: (650) 802-3100
                                                    Attorneys for Defendants
                                                    SAMSUNG ELECTRONICS CO., LTD.,
                                                    SAMSUNG ELECTRONICS AMERICA, INC.,
                                                    SAMSUNG SEMICONDUCTOR, INC., AND
                                                    SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

    Dated: August 25, 2005                           DEWEY BALLANTINE LLP

                                                    By: /S/  Jeannine Sano
                                                    Jeannine Sano
                                                    DEWEY BALLANTINE LLP
                                                    1950 University Avenue, Suite 500
                                                    East Palo Alto, California  94303
                                                    Telephone: (650) 845-7250
                                                    Facsimile: (650) 845-7333
                                                    Attorneys for Plaintiff
                                                    RAMBUS INC.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Jeannine Sano.

Dated: August 25, 2005         WEIL, GOTSHAL & MANGES LLP

By: /S/  Edward Reines
Edward R. Reines
Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 30, 2005

APPROVED
Judge Ronald M. Whyte

The Hon. Ronald M. Whyte
United States District Judge