1

2

3

**E-FILED on** ___1/4/06___

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                              SAN JOSE DIVISION

9

10   RAMBUS, INC.,                          No. C-05-00334 RMW
                                                Related Cases: C-05-02298
11              Plaintiff,                                      C-00-20905

12        v.                                 ORDER DENYING SAMSUNG'S RENEWED
                                             MOTION TO CONSOLIDATE THE
13   HYNIX SEMICONDUCTOR INC., HYNIX         UNCLEAN HANDS ISSUE
     SEMICONDUCTOR AMERICA INC., HYNIX
14   SEMICONDUCTOR MANUFACTURING
     AMERICA INC.,
15
     SAMSUNG ELECTRONICS CO., LTD.,
16   SAMSUNG ELECTRONICS AMERICA, INC.,
     SAMSUNG SEMICONDUCTOR, INC.,
17   SAMSUNG AUSTIN SEMICONDUCTOR,
     L.P.,
18
     NANYA TECHNOLOGY CORPORATION,
19   NANYA TECHNOLOGY CORPORATION
     U.S.A.,
20
                Defendants.
21

22

23        At the initial case management conference in this case on October 28, 2005, Samsung renewed its

24   request to consolidate the unclean hands defense in the above-captioned case with the unclean hands defense

25   asserted by Hynix against Rambus in the related *Hynix v. Rambus* case, No. C-00-20905 ("*Hynix* case").

26   Hynix's unclean hands defense was the subject of an evidentiary hearing occurring on October 17 - 19 and

27   October 24 - November 1, 2005. Rambus proposes that the court withhold a decision on that defense in the

28   *Hynix* case until such time as additional evidence can be offered by Samsung so a consolidated decision can

ORDER DENYING SAMSUNG'S RENEWED MOTION TO CONSOLIDATE
C-05-00334 RMW

1   be rendered.  Samsung specifically proposes a January 30, 2006 completion of fact discovery for the issue of

2   Rambus's unclean hands and a February 21, 2006 hearing date, subject to the court's schedule.  The court

3   hereby denies the request.

4        The court will not repeat the parties' arguments as they are very familiar to the parties.  However, the

5   reasons for the denial are those stated in the court's October 3, 2005 Order Denying Samsung's Motion to

6   Consolidate the Unclean Hands Issue.  Additionally, the court finds that: (1) the cases involving the various

7   parties cry out for a business resolution and the sooner matters which have been heard are decided the sooner

8   the parties will be informed where they stand so hopefully they can intelligently evaluate their respective

9   positions and resolve their disputes before further evidentiary proceedings occur; (2) some issues in Samsung's

10   unclean hands defense appear unique to Samsung; (3) it would be impractical to try and squeeze in the time

11   necessary for discovery and the hearing on Samsung's  unclean hands defense without resultant delay in

12   resolving the patent and conduct phases of the *Hynix* case; and  (4) it does not appear that Samsung would

13   be bound by any finding adverse to Hynix.

15   DATED: _____1/4/06_____     _____/s/ Ronald M. Whyte_____

16                                   RONALD M. WHYTE
                                     United States District Judge

ORDER DENYING SAMSUNG'S RENEWED MOTION TO CONSOLIDATE
C-05-00334 RMW

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

Jeannine Y. Sano          jsano@dbllp.com
Carolyn Hoecker Luedtke      luedtkech@mto.com
Craig N. Tolliver          ctolliver@deweyballantine.com
Gregory P. Stone          gregory.stone@mto.com
James J. Elacqua          jelacqua@deweyballantine.com
Kevin S. Kudlac          kkudlac@dbllp.com
Peter A. Detre          detrepa@mto.com
Pierre J. Hubert          phubert@dbllp.com
Burton Alexander Gross      grossba@mto.com


**Counsel for Defendant(s):**

Matthew D. Powers          matthew.powers@weil.com
David J. Healey          david.healey@weil.com
Jason Sheffield Angell      jangell@orrick.com
Theodore G. Brown          tgbrown@townsend.com
Vickie L. Feeman          vfeeman@orrick.com
Daniel J. Furniss          nghafari@townsend.com
Jordan Trent Jones          jtjones@townsend.com
Patrick Lynch          plynch@omm.com
Kenneth L. Nissly          kennissly@thelenreid.com
Mark Shean          mshean@orrick.com
Geoffrey H. Yost          gyost@thelenreid.com
Susan G. van Keulen          svankeulen@thelenreid.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.


**Dated:**          1/4/06                DOH
                              **Chambers of Judge Whyte**

ORDER DENYING SAMSUNG'S RENEWED MOTION TO CONSOLIDATE
C-05-00334 RMW

3