**DECHERT LLP**
1117 California Avenue
Palo Alto, CA 94304-1106

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*E-FILED - 3/9/06*

| | |
|---|---|
| RAMBUS INC., | Case No. C 05 02298 RMW |
| Plaintiff, | **ORDER GRANTING WITHDRAWAL OF JAMES J. ELACQUA AS COUNSEL OF RECORD FOR RAMBUS INC.** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| Defendants. | |

///

///

///

IT IS HEREBY ORDERED that the Motion for Withdrawal of Counsel of Record, James J. Elacqua, is GRANTED.

IT IS SO ORDERED.

Dated: __3/9/06_____

/S/ RONALD M. WHYTE
HON. RONALD M. WHYTE
United States District Court Judge

# CERTIFICATE OF SERVICE

I am employed in the State of California, over the age of eighteen years, and not a party to the within action. My business address is Dechert LLP, 1117 California Avenue, Palo Alto, California 94304-1106. On March 6, 2006March 3, 2006, I served the within documents:

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF JAMES J. ELACQUA AS COUNSEL OF RECORD FOR RAMBUS INC.**

as follows:

☐ I sent such document from facsimile machine on March 6, 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Palo Alto, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I am readily familiar with Dechert's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

☐ I served the above-referenced document(s) via electronic transmission to the email address of the addressee(s) as indicated below.

Jeannine Yoo Sano
Dewey Ballantine LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

David J. Healey
Anita E. Kadala
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 77002
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Brian C. Riopelle
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1000

Matthew D. Powers
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

David C. Radulescu
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Burton A. Gross
Carolyn Hoecker Luedtke
Peter A. Detre
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000

| | |
|---|---|
| Facsimile: (804) 775-1061<br>Gregory P. Stone<br>Steven M. Perry<br>Munger, Tollles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 | Facsimile: (415) 512-4077<br>Pierre J. Hubert<br>Craig N. Tolliver<br>Brian K. Erickson<br>Dewey Ballantine LLP<br>401 Congress Avenue, Suite 3200<br>Austin, Texas 78701<br>Telephone: (512) 226-0300<br>Facsimile: (512) 226-0333 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 6, 2006, at Palo Alto, California.

/s/ Margit Phillips
Margit Phillips