**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN JOSE DIVISION**

11   RAMBUS INC.,                              *E-FILED - 1/22/07*

12          Plaintiff,                  Case No. C 05 02298 RMW

13      v.                              [] ORDER GRANTING
                                        WITHDRAWAL OF SAXON NOH
14   SAMSUNG ELECTRONICS CO., LTD.,
     SAMSUNG ELECTRONICS AMERICA,
15   INC., SAMSUNG SEMICONDUCTOR, INC.,
     SAMSUNG AUSTIN SEMICONDUCTOR,
16   L.P.,

17          Defendants.

18          IT IS HEREBY ORDERED that the request for withdrawal of Saxon Noh as

19   counsel of record for Rambus Inc. in the above-entitled action is GRANTED.

20          IT IS SO ORDERED.

21      DATED:   1/22/07

22
                 _Ronald M. Whyte_
23   _____
     HONORABLE RONALD M. WHYTE
24   United States District Court Judge

25

26

27

28

                                [ Order Granting Withdrawal of Counsel
                                Case No. C 05 02298 RMW