UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/2/07*

| | |
|---|---|
| RAMBUS INC., | No. C 05-02298 RMW |
| Plaintiff, | [] **ORDER GRANTING WITHDRAWAL OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| Defendants. | |

IT IS HEREBY ORDERED that the request for withdrawal of Skadden, Arps, Slate, Meagher & Flom LLP as counsel of record for Rambus Inc. in the above-entitled action is GRANTED.

**IT IS SO ORDERED**.

Dated: _5/2/07_____

_____
HONORABLE RONALD M. WHYTE
United States District Court Judge

235412

[ Order Granting
Withdrawal of Skadden, Arps
Case No. C 05-02298 RMW