Gregory P. Stone (078329)
Steven M. Perry (106154)
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: *gregory.stone@mto.com;*
*steven.perry@mto.com*

Burton A. Gross (166285)
Peter A. Detre (182619)
Carolyn Hoecker Luedtke (207976)
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: *burton.gross@mto.com;*
*peter.detre@mto.com;*
*carolyn.luedtke@mto.com*

Jeannine Yoo Sano (174190)
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7200
Facsimile: (650) 845-7333
Email: *jsano@deweyballantine.com*

Attorneys for Plaintiff RAMBUS INC.

*E-FILED - 6/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, INC., <br><br> Defendants. | Case No. C 05 02298 RMW <br><br> [PROPOSED] ORDER GRANTING WITHDRAWAL OF <br> (1) JEANNINE SANO; (2) DAVID VONDLE; AND (3) DEWEY BALLANTINE LLP |

---

[Proposed] Order Granting Withdrawal of Counsel
Case No. C 05 02298 RMW

1   IT IS HEREBY ORDERED that the request for withdrawal of Jeannine Sano, David
2  Vondle, and Dewey Ballantine LLP as counsel of record for Rambus Inc. in the above-entitled
3  action is GRANTED.
4   IT IS SO ORDERED.
5   Dated: 6/6/07

*Ronald M. Whyte*
Honorable Ronald M. Whyte
Judge, United States District Court