E-FILED:  7/16/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH, | CASE NO. C 00-20905 RMW |
| | [PROPOSED] ORDER AND STIPULATION EXTENDING TIME |
| Plaintiffs, | |
| | Judge:   Hon Ronald M. Whyte |
| vs. | |
| RAMBUS INC., | |
| Defendant. | |
| RAMBUS INC., | CASE NO. C 05-00334 RMW |
| Plaintiff, | |
| vs. | |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A., | |
| Defendants. | |
| RAMBUS INC., | CASE NO. C 05-02298 RMW |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| Defendants. | |

1

2

3    RAMBUS INC.,                                    CASE NO. C 06-00244 RMW

                    Plaintiff,
4

5           vs.

6    MICRON TECHNOLOGY, INC., and
     MICRON SEMICONDUCTOR PRODUCTS,
7    INC.,

8                   Defendants.

9

10                    **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME**

11
              Whereas the Court entered a Joint Case Management Order ("CMO") on April 24,
12
     2007;
13
              Whereas the CMO provides that July 20, 2007 is the date on which the party or
14
     parties with the burden of proof on an issue is required to provide an expert report on that issue;
15
              Whereas the CMO set August 17, 2007 as the date on which the parties are
16
     required to provide rebuttal expert disclosures and reports;
17
              Whereas the expert discovery cutoff set forth in the CMO is September 17, 2007;
18
              Whereas the CMO set October 1, 2007 as the last day to file summary judgment
19
     and Daubert motions;
20
              Whereas, on June 27, 2007, the Court scheduled a further case management
21
     conference to take place on November 7, 2007;
22
              Whereas Micron Technology, Inc., Micron Semiconductor Products, Inc., Hynix
23
     Semiconductor, Inc., Hynix Semiconductor America, Inc., Hynix Semiconductor U.K., Ltd.,
24
     Hynix Semiconductor Deutschland, GmbH, Samsung Electronics Co., Ltd., Samsung Electronics
25
     America, Inc., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, L.P., Nanya
26
     Technology Corporation and Nanya Technology Corporation USA (collectively the
27
     "Manufacturers") and Rambus Inc. served their expert disclosures on June 22, 2007;
28

Whereas the Manufacturers' experts require additional time to complete their expert reports;

Whereas the Manufacturers requested a twelve-day extension of time to submit any party's initial expert report(s), and Rambus Inc. agreed to the Manufacturers' request;

Whereas Rambus in turn requested a twenty-four-day extension of the time to submit any party's rebuttal report(s), and the Manufacturers agreed to Rambus's request;

Whereas the parties have agreed, subject to the Court's approval, to modify the schedule set forth in the Joint Case Management Order dated April 24, 2007;

NOW therefore, it is hereby AGREED and STIPULATED, by and among the parties hereto through their undersigned counsel, that: (i) the date on which the party or parties with the burden of proof on an issue shall provide an expert report on that issue is moved from July 20, 2007 to August 1, 2007; (ii) the date on which the parties shall provide rebuttal expert disclosures and reports is moved from August 17, 2007 to September 10, 2007; (iii) the last day for expert discovery is moved from September 17, 2007 to October 8, 2007; (iv) the last day to file summary judgment and Daubert motions is moved from October 1, 2007 to October 17, 2007; and (vi) the further case management conference and the hearing date for summary judgment and Daubert motions is moved from November 7, 2007 to November 21, 2007.

SO ORDERED,

DATED: _____7/16/07_____          _____

HON. RONALD M. WHYTE

-3-   Case Nos. C 00-20905; 05-00334; 05-02298; 06-00244

[PROPOSED] ORDER EXTENDING TIME

DATED:  July 12, 2007          Respectfully submitted,

                               FOR THE MANUFACTURERS
                               By /s/ Hal Barza
                                   Harold A. Barza
                                   William Price
                                   Robert Becher
                                   QUINN EMANUEL URQUHART OLIVER & HEDGES
                                   865 South Figueroa Street, 10th Floor
                                   Los Angeles, California  90017-2543

                                   Jared Bobrow
                                   John D. Beynon
                                   WEIL, GOTSHAL & MANGES LLP
                                   Redwood Shores, CA  94065

                                   Attorneys for
                                   MICRON TECHNOLOGY, INC., and
                                   MICRON SEMICONDUCTOR PRODUCTS, INC.

                               By /s/ Anita Kadala
                                   David J. Healey
                                   Anita E. Kadala
                                   WEIL, GOTSHAL & MANGES LLP
                                   Houston, TX  77002

                                   Alan J. Weinschel
                                   WEIL, GOTSHAL & MANGES LLP
                                   New York, NY  10153

                                   Matthew D. Powers
                                   Edward R. Reines
                                   WEIL, GOTSHAL & MANGES LLP
                                   Redwood Shores, CA  94065

                                   Attorneys for
                                   SAMSUNG ELECTRONICS CO., LTD.,
                                   SAMSUNG ELECTRONICS AMERICA, INC.,
                                   SAMSUNG SEMICONDUCTOR, INC., and
                                   SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

                               By /s/ Robert Freitas
                                   Robert E. Freitas
                                   Kai Tseng
                                   Craig R. Kaufman
                                   Denise M. Mingrone
                                   ORRICK, HERRINGTON & SUTCLIFFE LLP
                                   Menlo Park, CA  94025

                                   Attorneys for
                                   NANYA TECHNOLOGY CORPORATION and NANYA
                                   TECHNOLOGY CORPORATION U.S.A.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By    /s/ Susan van Keulen
Theodore G. Brown, III
Susan van Keulen
TOWNSEND and TOWNSEND and CREW LLP
379 Lytton Avenue
Palo Alto, California 94301

Attorneys for
HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR
AMERICA INC., HYNIX SEMICONDUCTOR
MANUFACTURING AMERICA INC., HYNIX
SEMICONDUCTOR U.K. LTD., and HYNIX
SEMICONDUCTOR DEUTSCHLAND GmbH

DATED:  July 12, 2007          FOR RAMBUS INC.

By  /s/
Carolyn Hoecker Luedtke
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

Attorneys for
RAMBUS INC.

[PROPOSED] ORDER EXTENDING TIME

1

2 **Notice of this document has been electronically sent to:**

3 **Counsel for Plaintiff(s):**

4  Craig N. Tolliver                    ctolliver@mckoolsmith.com
   Pierre J. Hubert                     phubert@mckoolsmith.com
5  Brian K. Erickson                    berickson@dbllp.com,
   David C. Vondle                      dvondle@akingump.com
6  Gregory P. Stone                     gregory.stone@mto.com
   Carolyn Hoecker Luedtke              luedtkech@mto.com
7  Peter A. Detre                       detrepa@mto.com
   Burton Alexander Gross               burton.gross@mto.com,
8  Steven McCall Perry                  steven.perry@mto.com
   Jeannine Y. Sano                     sanoj@howrey.com

9

10 **Counsel for Defendant(s):**

11 Matthew D. Powers                    matthew.powers@weil.com
   David J. Healey                      david.healey@weil.com
   Edward R. Reines                     Edward.Reines@weil.com
12 John D Beynon                        john.beynon@weil.com
   Jared Bobrow                         jared.bobrow@weil.com
13 Leeron Kalay                         leeron.kalay@weil.com
   Theodore G. Brown, III               tgbrown@townsend.com
14 Daniel J. Furniss                    djfurniss@townsend.com
   Jordan Trent Jones                   jtjones@townsend.com
15 Kenneth L. Nissly                    kennissly@thelenreid.com
   Geoffrey H. Yost                     gyost@thelenreid.com
16 Susan Gregory van Keulen             svankeulen@thelenreid.com
   Patrick Lynch                        plynch@omm.com
17 Jason Sheffield Angell               jangell@orrick.com
   Vickie L. Feeman                     vfeeman@orrick.com
18 Mark Shean                           mshean@orrick.com
   Kai Tseng                            hlee@orrick.com

19

20 Counsel are responsible for distributing copies of this document to co-counsel that have not
   registered for e-filing under the court's CM/ECF program.

21

22 **Dated:**_____7/16/07_____              _____SPT_____
                                              **Chambers of Judge Whyte**

23

24

25

26

27

28