*E-filed:* 8/30/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>          Plaintiffs,<br><br>     v.<br><br>RAMBUS INC.,<br><br>          Defendant. | No. CV-00-20905 RMW<br><br>ORDER APPOINTING MEDIATOR |
| RAMBUS INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>          Defendants. | No. C-05-00334 RMW |

ORDER APPOINTING MEDIATOR—C-00-20905 RMW
SPT

|   |   |
|---|---|
| RAMBUS INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>       Defendants. | No. C-05-02298 RMW |
| RAMBUS INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>       Defendants. | No. C-06-00244 RMW |

Pursuant to the stipulation of counsel, the court hereby appoints Hon. Daniel Weinstein as a mediator in the above-captioned cases. The parties are to schedule the mediation at the earliest possible dates available on Judge Weinstein's calendar and report to the court that the mediation has been scheduled. Senior business executives with full authority to settle are required to attend. All mediation and settlement discussions are confidential and entitled to the full protection of Federal Rule of Evidence 408 and California Evidence Code §§ 1152 and 1154.

DATED:    8/30/07

                                                     /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

| **Counsel for plaintiff:** | **Counsel for defendant:** |
|---|---|
| Daniel J. Furniss<br>Theodore G. Brown, III<br>Jordan Trent Jones<br>Townsend & Townsend & Crew LLP<br>379 Lytton Ave<br>Palo Alto, CA 94301 | Gregory Stone<br>Kelly M. Klaus<br>Steven M. Perry<br>Munger Tolles & Olson<br>355 So Grand Ave Ste 3500<br>Los Angeles, CA 90071-1560 |
| Patrick Lynch<br>Kenneth R. O'Rourke<br>O'Melveny & Myers<br>400 So Hope St Ste 1060<br>Los Angeles, CA 90071-2899 | Peter A. Detre<br>Carolyn Hoecker Luedtke<br>Munger Tolles & Olson<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907 |
| Kenneth L. Nissly<br>Susan van Keulen<br>Geoffrey H. Yost<br>Thelen Reid Brown Raysman & Steiner LLP<br>225 West Santa Clara Street, 12th Floor<br>San Jose, CA 95113-1723 | Peter I Ostroff<br>Rollin A. Ransom<br>Michelle B. Goodman<br>V. Bryan Medlock, Jr.<br>Sidley Austin Brown & Wood<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010 |
| Allen Ruby<br>Ruby & Schofield<br>125 South Market Street, Suite 1001<br>San Jose, CA 95113-2285 | Jeannine Yoo Sano<br>Pierre J. Hubert<br>Dewey Ballantine<br>1950 University Avenue, Suite 500<br>East Palo Alto, CA 94303 |

**Dated:**   8/30/07                              SPT
                                          **Chambers of Judge Whyte**

ORDER APPOINTING MEDIATOR—C-00-20905 RMW
SPT                                             3