[*Attorney list on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION       *<u>E-FILED - 9/12/07</u>*

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>            Plaintiffs,<br><br>    vs.<br><br>RAMBUS INC.,<br><br>            Defendant. | CASE NO. C 00-20905 RMW<br><br>**[] ORDER EXTENDING TIME FOR CERTAIN EXPERT DISCOVERY** |
| RAMBUS INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A.,<br><br>            Defendants. | CASE NO. C 05-00334 RMW |

20480/2209350.1

| | |
|---|---|
| RAMBUS INC.,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>                Defendants. | CASE NO. C 05-02298 RMW |
| RAMBUS INC.,<br><br>                Plaintiff,<br><br>        vs.<br><br>MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>                Defendants. | CASE NO. C 06-00244 RMW |

## STIPULATION AND [] ORDER

WHEREAS, the expert discovery cutoff in the above-captioned actions was set for October 8, 2007 by Order dated July 16, 2007;

WHEREAS, the parties have agreed to hold the depositions of the rebuttal experts to Laurence Pretty and Polk Wagner after the expert discovery cutoff date set by the July 16 Order and on or before October 12, 2007;

WHEREAS, the parties have agreed to hold the deposition of Dr. Bruce Jacob, expert for Nanya Technology Corporation and Nancy Technology Corporation U.S.A., on October 26, 2007;

THEREFORE, IT IS ORDERED THAT

The expert discovery cutoff in the above captioned actions shall be lifted to accommodate the agreement of counsel on these matters.

SO ORDERED,

DATED: 9/10/07

*Ronald M. Whyte*

HON. RONALD M. WHYTE

ON BEHALF OF MANUFACTURERS:

DATED: August 31, 2007           Respectfully submitted,

    By /s/ Robert Becher
       Harold A. Barza
       William Price
       Jon Steiger
       Robert Becher
       QUINN EMANUEL URQUHART OLIVER & HEDGES
       865 South Figueroa Street, 10th Floor
       Los Angeles, California 90017-2543

       Jared Bobrow
       John D. Beynon
       WEIL, GOTSHAL & MANGES LLP

       Attorneys for
       MICRON TECHNOLOGY INC., and
       MICRON SEMICONDUCTOR PRODUCTS, INC.

    By /s/ Anita Kadala
       Kenneth R. O'Rourke
       O'MELVENY & MYERS LLP

       Allen Ruby
       RUBY & SCHOFIELD

       Kenneth L. Nissly
       Susan van Keulen
       Geoffrey H. Yost
       THELEN REID BROWN RAYSMAN & STEINER LLP

       Daniel J. Furniss
       Theodore Brown, III
       Jordan Trent Jones
       TOWNSEND and TOWNSEND CREW LLP

       Attorneys for
       HYNIX SEMICONDUCTOR, INC., HYNIX SEMICONDUCTOR AMERICA, INC., HYNIX SEMICONDUCTOR U.K., LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND, GmbH

|   |   |
|---|---|
| 1 | |
| 2 | By /s/ Ted Brown |
| 3 |     Matthew D. Powers |
|   |     Edward R. Reines |
| 4 |     WEIL, GOTSHAL & MANGES LLP |
|   |     Redwood Shores, CA 94065 |

By /s/ Ted Brown
    Matthew D. Powers
    Edward R. Reines
    WEIL, GOTSHAL & MANGES LLP
    Redwood Shores, CA 94065

    David J. Healey
    Anita E. Kadala
    WEIL, GOTSHAL & MANGES LLP
    Houston, TX 7702

    Attorneys for
    SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA, INC.,
    SAMSUNG SEMICONDUCTOR, INC., and
    SAMSUNG AUSTIN SEMICONDUCTOR, L.P.


By /s/ Jan Ellard
    Robert E. Freitas
    Craig R. Kaufman
    Jan Ellard
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Menlo Park, CA 94025

    Davin M. Stockwell
    Mark J. Shean
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Irvine, CA 92514

    Attorneys for
    NANYA TECHNOLOGY CORPORATION and
    NANYA TECHNOLOGY CORPORATION
    U.S.A.

1  ON BEHALF OF RAMBUS:

6  DATED: August 31, 2007        By /s/ Carolyn Luedtke
                                 Gregory P. Stone
                                 Steven M. Perry
                                 Peter A. Detre
                                 Carolyn Hoecker Luedtke
                                 MUNGER, TOLLES & OLSON LLP

                                 Rollin A. Ransom
                                 SIDLEY AUSTIN LLP

                                 Pierre J. Hubert
                                 Craig N. Tolliver
                                 McKOOL SMITH PC

                                 Attorneys for
                                 RAMBUS INC.