1 | [*Attorney list on signature page*]      ***E-FILED - 9/12/07***

2            UNITED STATES DISTRICT COURT

3            NORTHERN DISTRICT OF CALIFORNIA

4            SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>       Plaintiffs,<br><br>    vs.<br><br>RAMBUS INC.,<br><br>       Defendant. | CASE NO. C 00-20905 RMW<br><br>**JOINT STIPULATION AND []<br>ORDER REGARDING HEARING DATES** |
| RAMBUS INC.,<br><br>       Plaintiff,<br><br>    vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A.,<br><br>       Defendants. | CASE NO. C 05-00334 RMW |

1

2    RAMBUS INC.,                                    CASE NO. C 05-02298 RMW

3                   Plaintiff,

4            vs.

5    SAMSUNG ELECTRONICS CO., LTD.,
     SAMSUNG ELECTRONICS AMERICA,
     INC., SAMSUNG SEMICONDUCTOR,
6    INC., SAMSUNG AUSTIN
     SEMICONDUCTOR, L.P.,
7
                    Defendants.
8

9    RAMBUS INC.,                                    CASE NO. C 06-00244 RMW

10                  Plaintiff,

11           vs.

12   MICRON TECHNOLOGY, INC., and
     MICRON SEMICONDUCTOR PRODUCTS,
13   INC.,

14                  Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Joint Case Management Conference of August 3, 2007 and the Joint

2 Case Management Order of August 30, 2007, ¶ 14, Micron Technology, Inc., Micron

3 Semiconductor Products, Inc., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc.,

4 Hynix Semiconductor U.K., Ltd., Hynix Semiconductor Deutschland, GmbH, Samsung

5 Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc.,

6 Samsung Austin Semiconductor, L.P., Nanya Technology Corporation and Nanya Technology

7 Corporation USA (collectively, "the Manufacturers") and Rambus Inc., hereby submit the

8 following joint stipulation and proposed order.

9    WHEREAS, the Manufacturers have submitted the following outstanding motions

10 to strike:

11    •    "Motion to Strike, or, In The Alternative, Stay Rambus's Infringement
            Counterclaims In Reply, And Memorandum of Points And Authorities In Support
12          Thereof," filed by Micron Technology, Inc. and Micron Semiconductor Products,
            Inc., C 06-00244, Dkt. No. 116 (Jul. 30, 2007),
13
      •    "Motion to Strike Rambus's Counterclaims In Reply or Alternatively, For More
14          Definite Statement, And Memorandum of Points and Authorities in Support," filed
            by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung
15          Semiconductor, Inc., and Samsung Austin Semiconductor, L.P., C 05-02298, Dkt
            No. 180 (Aug. 2, 2007);
16
      •    "Motion to Strike / Samsung's Motion to Strike Rambus's Counterclaims In Reply
17          or Alternatively, For More Definite Statement, And Memorandum of Points and
            Authorities in Support," filed by Samsung Electronics Co., Ltd., Samsung
18          Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin
            Semiconductor, L.P., C 05-00334, Dkt. No. 296 (Aug. 2, 2007);
19
      •    "Notice Of Motion And Motion Of Hynix To Strike Rambus's Second, Fourth,
20          Fifth, Sixth, Seventh, Ninth, Eleventh, Twelfth, Thirteenth, Fifteenth, Sixteenth
            And Nineteenth Affirmative Defenses Or In The Alternative Request For
21          Additional Discovery: Memorandum Of Points And Authorities," filed by Hynix
            Semiconductor Manufacturing America Inc., Hynix Semiconductor Deutschland
22          GmbH, Hynix Semiconductor U.K. LTD, Hynix Semiconductor Inc., and Hynix
            Semiconductor America Inc., C 05-00334, Dkt. No. 290 (Jul. 30, 2007);
23
      •    "Notice of Motion, Motion to Strike Counterclaims in Reply and Supplemental
24          Preliminary Infringement Contentions, and Memorandum of Points and Authorities
            in Support Thereof," filed by Nanya Technology Corporation and Nanya
25          Technology Corporation U.S.A., C 05-00334, Dkt. No. 298 (Aug. 2, 2007);

26    WHEREAS, these outstanding motions were originally noticed for September 21,

27 2007;

28

1       WHEREAS, Rambus requested that the September 21, 2007 hearing date be moved

2  into October 2007 and the parties agreed on an October 26, 2007 hearing date and a briefing

3  schedule as set forth below;

4       WHEREAS, the parties agree that October 26, 2007 should be an additional

5  regularly scheduled conference and motion day pursuant to Paragraph 8(a) of the Case

6  Management Order;

7       THEREFORE, IT IS ORDERED THAT:

8       (1)     October 26, 2007 at a time to be determined shall be another regularly

9  scheduled conference and "motion day" in the above-captioned cases to supplement the existing

10  dates in Paragraph 8(a) of the April 24, 2007 Case Management Order;

11       (2)     For the previously filed motions listed above, Rambus's opposition papers

12  shall be filed on September 25, 2007 and the Manufacturers' reply papers shall be filed on October

13  12, 2007;

14       (3)     For any additional motions to be heard on October 26, 2007, including but

15  not limited to Rambus's motion to strike the Manufacturers' jury demands, the dates for filing

16  motions, oppositions, and replies shall be as provided in Northern District of California Local

17  Rule 7.

18

19  SO ORDERED,

20  DATED:     9/10/07

21                                     Ronald M. Whyte

22                                   HON. RONALD M. WHYTE

23

24

25

26

27

28

1 | ON BEHALF OF MANUFACTURERS:

2

3 | DATED:  August 31, 2007            Respectfully submitted,

4

5 |                      By /s/  Robert Becher

                     Harold A. Barza
William Price
Jon Steiger
Robert Becher
QUINN EMANUEL URQUHART OLIVER &
HEDGES
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543

Matthew D. Powers
Jared Bobrow
John D. Beynon
WEIL, GOTSHAL & MANGES LLP

Attorneys for
MICRON TECHNOLOGY INC., and
MICRON SEMICONDUCTOR PRODUCTS,
INC.

By /s/  Kenneth L. Nissly
Kenneth R. O'Rourke
O'MELVENY & MYERS LLP

Allen Ruby
RUBY & SCHOFIELD

Kenneth L. Nissly
Susan van Keulen
Geoffrey H. Yost
THELEN REID BROWN RAYSMAN &
STEINER LLP

Daniel J. Furniss
Theodore Brown, III
Jordan Trent Jones
TOWNSEND and TOWNSEND CREW LLP

Attorneys for
HYNIX SEMICONDUCTOR, INC., HYNIX
SEMICONDUCTOR AMERICA, INC., HYNIX
SEMICONDUCTOR U.K., LTD., and HYNIX
SEMICONDUCTOR DEUTSCHLAND, GmbH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By */s/ David J. Healey*
    Matthew D. Powers
    Edward R. Reines
    WEIL, GOTSHAL & MANGES LLP
    Redwood Shores, CA 94065

    David J. Healey
    Anita E. Kadala
    WEIL, GOTSHAL & MANGES LLP
    Houston, TX 7702

    Attorneys for
    SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA, INC.,
    SAMSUNG SEMICONDUCTOR, INC., and
    SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

By */s/  Jan Ellen Ellard*
    Robert E. Freitas
    Kai Tseng
    Craig Kaufman
    Jan Ellen Ellard
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Menlo Park, CA 94025

    Davin M. Stockwell
    Mark J. Shean
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Irvine, CA 92514

    Attorneys for
    NANYA TECHNOLOGY CORPORATION and
    NANYA TECHNOLOGY CORPORATION
    U.S.A.

1    ON BEHALF OF RAMBUS:

2

3

4

5

6    DATED:  August 31, 2007              By /s/  Carolyn Hoecker Luedtke
                                          Gregory P.Stone
7                                         Steven M. Perry
                                          Peter A. Detre
8                                         Carolyn Hoecker Luedtke
                                          MUNGER, TOLLES & OLSON LLP
9
                                          Rollin A. Ransom
10                                        SIDLEY AUSTIN LLP

11                                        Pierre J. Hubert
                                          Craig N. Tolliver
12                                        McKOOL SMITH PC

13                                        Attorneys for
                                          RAMBUS INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Filer's Attestation:

2

3       I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being

4   used to file this **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING**

5   **HEARING DATES**.  In compliance with General Order 45.X.B, I hereby attest that David

6   Healey, Robert Becher, Jan Ellard, and Kenneth Nissly concur in this filing.

7

8                                          By: /s/_____

9                                               CAROLYN HOECKER LUEDTKE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20480/2204335.1      3574765.1                    -8-              Case Nos. C 00-20905; C 05-00334; C 05-02298;
                                                                                         C 06-00244 RMW
                                       JOINT STIPULATION AND [] ORDER REGARDING HEARING DATES