1  *[Attorney list on signature page]*

2  IN THE UNITED STATES DISTRICT COURT

3  NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| 4  RAMBUS INC., | |
| 5           Plaintiff, | ***E-FILED - 10/4/07*** |
|     v. | |
| 6 | |
| 7  HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | Case No. C 05-00334 RMW |
| 8 | **STIPULATION AND []** |
| 9  SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | **ORDER RE MANUFACTURERS' REQUEST TO EXCEED APPLICABLE PAGE LIMIT FOR THEIR MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF THE FARMWALD PATENTS-IN-SUIT** |
| 10 | |
| 11 | |
| 12  NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | |
| 13 | |
| 14           Defendants. | |
| 15 | |
| 16  RAMBUS INC., | |
| 17           Plaintiff,    v. | |
| 18  SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | Case No. C 05-02298 RMW |
| 19 | |
| 20 | |
| 21           Defendants. | |
| 22  RAMBUS INC., | |
| 23           Plaintiff,    v. | |
| 24 | Case No. C 06-00244 RMW |
| 25  MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 26           Defendants. | |
| 27 | |
| 28 | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. With respect to the motions for summary judgment dependent on claim construction that are due to be filed on October 5, 2007 in the above-captioned matters, the Manufacturers (i.e. the Hynix, Samsung, Nanya and Micron entities) may file a joint Motion for Summary Judgment of Non-infringement and Invalidity of the patents-in-suit that name Michael Farmwald and Mark Horowitz as inventors (the "Farmwald Patents-in-Suit"), not to exceed forty (40) pages in length; and

2. Rambus may file an opposition to that Motion, not to exceed forty (40) pages in length; and

3. The Manufacturers may file a reply to that Rambus opposition, not to exceed twenty-five (25) pages in length.

4. The Manufacturers will file no other motions for summary judgment due on October 5, 2007, regarding the Farmwald Patents-in-Suit.

5. This stipulation does not affect motions for summary judgment that the Manufacturers may file on the patents-in-suit that name Frederick Ware et al. as inventors or motions for summary judgment that Rambus may file.

STIPULATION AND ORDER TO
EXCEED PAGE LIMIT FOR DEFS. MOTION
FOR SUMMARY JUDGMENT

- 1 -

CASE NO. C 05 00334 RMW
CASE NO. C 05 02298 RMW
CASE NO. C 06 00244 RMW

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  DATED: September 21, 2007 | GEOFFREY H. YOST |
| 3 | KENNETH L. NISSLY |
|   | THELEN, REID, BROWN, RAYSMAN & STEINER LLP |
| 4 | KENNETH R. O'ROURKE |
|   | O'MELVENY & MYERS LLP |
|   | THEODORE G. BROWN III |
| 5 | TOWNSEND AND TOWNSEND AND CREW LLP |

By:   /s/ *Theodore G. Brown III*
       Theodore G. Brown, III

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.

DATED: September 21, 2007

GREGORY P. STONE
STEVEN M. PERRY
PETER A. DETRE
MUNGER, TOLLES & OLSON LLP

PIERRE J. HUBERT
McKOOL SMITH PC

By:   /s/ *Peter A. Detre*
       Peter A. Detre
       Attorneys for Plaintiff
       RAMBUS INC.

DATED: September 21, 2007

ROBERT FREITAS
CRAIG KAUFMAN
VICKIE FEEMAN
ORRICK HERRINGTON & SUTCLIFFE LLP

By:   /s/ *Craig Kaufman*
       Craig Kaufman

Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION,
NANYA TECHNOLOGY CORPORATION U.S.A.

STIPULATION AND ORDER TO
EXCEED PAGE LIMIT FOR DEFS. MOTION
FOR SUMMARY JUDGMENT
- 2 -
CASE NO. C 05 00334 RMW
CASE NO. C 05 02298 RMW
CASE NO. C 06 00244 RMW

| | | |
|---|---|---|
| 1 | DATED: September 21, 2007 | MATTHEW POWERS<br>DAVID HEALEY<br>ANITA KADALA<br>WEIL GOTSHAL & MANGES LLP |

By:  /s/ *David Healey*
David Healey

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

DATED: September 21, 2007

ROBERT J. BECHER
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
JARED BOBROW
WEIL GOTSHAL & MANGES LLP

By:  /s/ *Jared Bobrow*
Jared Bobrow

Attorneys for Defendants
MICRON TECHNOLOGY, INC. and
MICRON SEMICONDUCTOR PRODUCTS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 4, 2007        By: *Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

61160548 v1

STIPULATION AND ORDER TO
EXCEED PAGE LIMIT FOR DEFS. MOTION
FOR SUMMARY JUDGMENT

- 3 -

CASE NO. C 05 00334 RMW
CASE NO. C 05 02298 RMW
CASE NO. C 06 00244 RMW