1  [All Parties listed on Signature Page]　　　　　　　　　　*E-FILED - 10/4/07*

2
3　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 4  RAMBUS INC., | Case No.  C 05-00334 RMW |
| 5　　　　　Plaintiff, | **STIPULATION AND []** |
| | **ORDER ALLOWING RAMBUS INC.** |
| 6　　　vs. | **TO FILE A TWENTY-FIVE PAGE** |
| | **REPLY TO MANUFACTURERS'** |
| 7  HYNIX SEMICONDUCTOR INC., HYNIX | **RESPONSIVE BRIEF ON CLAIM** |
|    SEMICONDUCTOR AMERICA INC., HYNIX | **CONSTRUCTION** |
| 8  SEMICONDUCTOR MANUFACTURING | |
|    AMERICA INC., | |
| 9 | |
|    SAMSUNG ELECTRONICS CO., LTD., | |
| 10 SAMSUNG ELECTRONICS AMERICA, | |
|    INC., SAMSUNG SEMICONDUCTOR, INC., | |
| 11 SAMSUNG AUSTIN SEMICONDUCTOR, | |
|    L.P., | |
| 12 | |
|    NANYA TECHNOLOGY CORPORATION, | |
| 13 NANYA TECHNOLOGY CORPORATION | |
|    U.S.A., | |
| 14 | |
| 　　　　　Defendants. | |
| 15 | |
| 16 RAMBUS INC., | Case No.  C 05-002298 RMW |
| 17　　　　　Plaintiff, | |
| 18　　　v. | |
| 19 SAMSUNG ELECTRONICS CO., LTD., | |
|    SAMSUNG ELECTRONICS AMERICA, | |
| 20 INC., SAMSUNG SEMICONDUCTOR, INC., | |
|    SAMSUNG AUSTIN SEMICONDUCTOR, | |
| 21 L.P., | |
| 22　　　　　Defendants. | |
| 23 | |
| 24 RAMBUS INC., | Case No.  C 06-00244 RMW |
| 25　　　　　Plaintiff, | |
| 26　　　vs. | |
| 27 MICRON TECHNOLOGY, INC. and MICRON | |
|    SEMICONDUCTOR PRODUCTS, INC., | |
| 28　　　　　Defendants. | |

Stipulation and [] Order
Case Nos. 05-00334, 05-002298, 06-00244 RMW
Austin 39567v1

1    Plaintiff Rambus Inc. ("Rambus"), Defendants Hynix Semiconductor Inc., Hynix
2  Semiconductor America Inc., Hynix Semiconductor Manufacturing America Inc., Samsung
3  Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc.,
4  Samsung Austin Semiconductor, L.P., Nanya Technology Corporation, Nanya Technology
5  Corporation, U.S.A., Micron Technology, Inc. and Micron Semiconductor Products, Inc.
6  (collectively "Manufacturers"), hereby stipulate that Rambus may file a twenty-five page Reply
7  to Manufacturers' Responsive Brief on Claim Construction.
8    IT IS HEREBY ORDERED:
9    Rambus may file a twenty-five page Reply to Manufacturers' Responsive Brief on Claim
10 Construction.
11 PURSUANT TO STIPULATION, IT IS SO ORDERED.
12 Dated:  10/4      , 2007

           *Ronald M. Whyte*
           Honorable Ronald M. Whyte
           United States District Court Judge

-2-

Stipulation and [] Order
Case Nos. 05-00334, 05-002298, 06-00244 RMW

Austin 39567v1

| | |
|---|---|
| Dated:  September 21, 2007 | Respectfully submitted,<br><br>FOR RAMBUS INC.<br><br><br>By    /s/ Pierre J. Hubert<br>   Pierre J. Hubert<br>   McKool Smith P.C..<br>   300 W. Sixth Street, Suite 1700<br>   Austin, TX  78701 |
| Dated:  September 21, 2007 | FOR THE MANUFACTURERS<br><br><br>By   /s/ Susan van Keulen<br>   Theodore G. Brown III<br>   Susan van Keulen<br>   TOWNSEND and TOWNSEND and CREW LLP<br>   Attorneys for Hynix Semiconductor Inc.,<br>   Hynix Semiconductor America Inc., Hynix<br>   Semiconductor U.K. Ltd., and Hynix Semiconductor<br>   Deutschland GmBH<br><br><br>By    /s/ Robert Becher<br>   Robert Becher<br>   QUINN EMANUEL URQUAHART OLIVER & HEDGES<br><br>   Jared Bobrow<br>   WEIL GOTSHAL & MANGES LLP<br>   Attorneys for Micron Technology, Inc.<br>   Micron Semiconductor Products Inc.<br><br><br>By    /s/ Anita Kadala<br>   Matthew Powers<br>   David Healey<br>   Anita Kadala<br>   WEIL GOTSHAL & MANGES LLP<br>   Attorneys for Samsung Electronics Co., Ltd.<br>   Samsung Electronics America, Inc.<br>   Samsung Semiconductor, Inc.<br>   Samsung Austin Semiconductor, L.P. |

By ___/s/ Craig Kaufman_____
Robert Freitas
Craig Kaufman
Vickie Feeman
ORRICK HERRINGTON & SUTCLIFFE
Attorneys for Nanya Technology Corporation
Nanya Technology Corporation U.S.A.

-4-

Stipulation and [ Order
Case Nos. 05-00334, 05-002298, 06-00244 RMW

Austin 39567v1