**E-filed:** 11/13/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., <br><br> Defendants. | No. C-05-02298 RMW <br><br> ORDER OVERRULING SAMSUNG'S OBJECTIONS TO *MOSAID* PRODUCTION ORDER <br><br> **[Re Docket No. 351]** |
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., <br><br> NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., <br><br> Defendants. | No. C-05-00334 RMW <br><br> **[Re Docket No. 498]** |

ORDER OVERRULING SAMSUNG'S OBJECTIONS TO *MOSAID* PRODUCTION ORDER—C-05-00334; C-05-02298 RMW
TSF

1   Samsung[1] objects to a Special Master's order granting Rambus' motion to compel Samsung to
2   produce documents relating to Samsung's destruction of documents in *Mosaid Technologies, Inc. v.*
3   *Samsung Electronics Co., Ltd.*, Case No. 01-CV-4340 (D.N.J.).  Rambus opposes the objection.  The
4   court has reviewed the papers and considered the arguments of counsel heard on November 7, 2007.
5   The court overrules Samsung's objections to the *Mosaid* production.  Samsung is ordered to produce
6   everything from *Mosaid Technologies, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 01-CV-4340
7   (D.N.J.) that specifically, or in part specifically, addresses the destruction or spoliation of evidence.[2]
8   The court envisions that this production will comprise court filings, discovery productions, hearing
9   transcripts and deposition transcripts, but it is not limited to particular classes of documents.  To be
10  clear, Samsung does not have to produce everything from the *Mosaid* litigation.  This order is
11  limited to those things that specifically, or in part specifically, address the destruction or spoliation
12  of evidence.

14  DATED:        11/13/07

                                                                    *Ronald M. Whyte*

                                                                    RONALD M. WHYTE
                                                                    United States District Judge

---

[1]  "Samsung" collectively refers to all of the Samsung entities sued in these cases, namely Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P.

[2]  The court believes this reflects the scope of Judge Ambler's order.  To the extent Judge Ambler's order could be construed as broader than this formulation, the order is modified to conform to these limits.

ORDER OVERRULING SAMSUNG'S OBJECTIONS TO *MOSAID* PRODUCTION ORDER—C-05-00334; C-05-02298 RMW
TSF                                                                        2

**United States District Court**
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

| | |
|---|---|
| Craig N. Tolliver | ctolliver@mckoolsmith.com |
| Pierre J. Hubert | phubert@mckoolsmith.com |
| Brian K. Erickson | berickson@dbllp.com, |
| David C. Vondle | dvondle@akingump.com |
| Gregory P. Stone | gregory.stone@mto.com |
| Carolyn Hoecker Luedtke | luedtkech@mto.com |
| Peter A. Detre | detrepa@mto.com |
| Burton Alexander Gross | burton.gross@mto.com, |
| Steven McCall Perry | steven.perry@mto.com |
| Jeannine Y. Sano | sanoj@howrey.com |

**Counsel for Defendant(s):**

| | |
|---|---|
| Matthew D. Powers | matthew.powers@weil.com |
| David J. Healey | david.healey@weil.com |
| Edward R. Reines | Edward.Reines@weil.com |
| John D Beynon | john.beynon@weil.com |
| Jared Bobrow | jared.bobrow@weil.com |
| Leeron Kalay | leeron.kalay@weil.com |
| Theodore G. Brown, III | tgbrown@townsend.com |
| Daniel J. Furniss | djfurniss@townsend.com |
| Jordan Trent Jones | jtjones@townsend.com |
| Kenneth L. Nissly | kennissly@thelenreid.com |
| Geoffrey H. Yost | gyost@thelenreid.com |
| Susan Gregory van Keulen | svankeulen@thelenreid.com |
| Patrick Lynch | plynch@omm.com |
| Jason Sheffield Angell | jangell@orrick.com |
| Vickie L. Feeman | vfeeman@orrick.com |
| Mark Shean | mshean@orrick.com |
| Kai Tseng | hlee@orrick.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     11/13/07                                                 TSF
                                                                **Chambers of Judge Whyte**