IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYNIX SEMICONDUCTOR, INC.,

    Plaintiff,

    -v-

RAMBUS, INC.,

    Defendant.

_____

RAMBUS, INC.,

    Plaintiff,

    -v-

HYNIX SEMICONDUCTOR, INC., et al.,

    Defendant.

_____

RAMBUS, INC.,

    Plaintiff,

    -v-

SAMSUNG ELECTRONICS CO., et al.,

    Defendant.

_____

RAMBUS, INC.,

    Plaintiff,

    -v-

MICRON TECHNOLOGY, et al.,

    Defendant.

*E-FILED - 11/16/07*

CASE NO.: C-00-20905-RMW

**SEALING ORDER**

CASE NO.: C-05-00334-RMW

CASE NO.: C-05-02298-RMW

CASE NO.: C-06-00244-RMW

1

2

3        IT IS HEREBY ORDERED that Rambus Inc.'s Reply Brief in Support of Rambus Inc.'s

4   Motion for Summary Judgment No.6, on Prosecution Laches lodged with the court on November 8,

5   2007 shall be filed under seal.

6        IT IS SO ORDERED.

7

8   DATED:  November 16, 2007

9                                                          _____
                                                           RONALD M. WHYTE
10                                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28