IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> -v- <br><br> RAMBUS, INC., <br><br> Defendant. | ***E-FILED - 11/16/07*** <br><br> CASE NO.: C-00-20905-RMW <br><br> **SEALING ORDER** |
| RAMBUS, INC., <br><br> Plaintiff, <br><br> -v- <br><br> HYNIX SEMICONDUCTOR, INC., et al., <br><br> Defendant. | CASE NO.: C-05-00334-RMW |
| RAMBUS, INC., <br><br> Plaintiff, <br><br> -v- <br><br> SAMSUNG ELECTRONICS CO., et al., <br><br> Defendant. | CASE NO.: C-05-02298-RMW |
| RAMBUS, INC., <br><br> Plaintiff, <br><br> -v- <br><br> MICRON TECHNOLOGY, et al., <br><br> Defendant. | CASE NO.: C-06-00244-RMW |

1
2
3     IT IS HEREBY ORDERED that Rambus Inc.'s Reply in Support of ITS Motion for
4 Summary Judgment No.2 re: Disclosure Duty and Breach of Contract lodged with the court on
5 November 8, 2007 shall be filed under seal.
6     IT IS SO ORDERED.
7
8 DATED: November 16, 2007
9                                                                _____
                                                                  RONALD M. WHYTE
10                                                                United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28