Gregory P. Stone (SBN 078329)
Steven M. Perry (SBN 106154)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel: (213) 683-9100 • Fax: (213) 687-3702
E-mails: *Gregory.Stone@mto.com; Steven.Perry@mto.com*

Peter A. Detre (SBN 182619)
Carolyn Hoecker Luedtke (SBN 207976)
Miriam Kim (SBN 238230)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Tel: (415) 512-4000 • Fax: (415) 512-4077
E-mails: *Peter.Detre@mto.com; Carolyn.Luedtke@mto.com; Miriam.Kim@mto.com*

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br>vs.<br>HYNIX SEMICONDUCTOR INC., et al.,<br>    Defendants. | Case No. Case No. 05-00334-RMW<br><br>[~~PROPOSED~~] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5 AND 7-11)<br><br>Date: November 21, 2007<br>Time: 9:00 a.m. |
| RAMBUS INC.,<br><br>    Plaintiff,<br>vs.<br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>    Defendants. | Case No. 05-02298-RMW |

1  On November 16, 2007, Rambus Inc. filed a Motion For Administrative Relief To File
2  Documents Under Seal in the above-captioned actions with respect to the following document:

3  - **Exhibit A is excerpts from the August 22, 2007 deposition of Myung Ho Kim that**
4  **were designated by Samsung on November 15, 2007 as "Highly Confidential"**
5  **pursuant to the protective order entered in the above-captioned litigation**
6  **("Protective Order").**

7

8  The Motion for Administrative Relief and the supporting declaration establish that the foregoing
9  documents are properly filed under seal.

10  Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be
11  filed under seal.

12  Dated: 11/21/07, 2007                    /s/ Ronald M. Whyte

3859522.1                           - 1 -                    [Proposed] Order Granting Mot. to File Under Seal,
                                                             Case Nos. 05-00334 RMW,
                                                             05-02298 RMW