IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMBUS, INC., <br><br> Plaintiff, <br><br> -v- <br><br> HYNIX SEMICONDUCTOR, INC., et al., <br><br> Defendant. <br> _____ <br><br> RAMBUS, INC., <br><br> Plaintiff, <br><br> -v- <br><br> SAMSUNG ELECTRONICS CO., et al., <br><br> Defendant. | *E-FILED - 11/21/07* <br><br> CASE NO.: C-05-00334-RMW <br><br> **SEALING ORDER** <br><br><br><br><br> CASE NO.: C-05-02298-RMW |

IT IS HEREBY ORDERED that Rambus Inc.'s Opposition to Samsung's motion for administrative relief to set a case management conference to address its request to be excused from January 22 trial lodged with the court on November 16, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: November 21, 2007

_____
RONALD M. WHYTE
United States District Judge

1 | Copy of Order E-Filed to Counsel of Record: