UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: November 21, 2007

*Case No.* C-00-20905-RMW    JUDGE: Ronald M. Whyte
HYNIX                                      -v- RAMBUS
*CASE NO.C-0-00334-RMW*
RAMBUS, INC.                               -v-HYNIX, et al.
*Case No.* C-05-2298-RMW
RAMBUS, INC.                               -v-SAMSUNG
*Case No.* C-06-00244-RMW
RAMBUS, INC.                               -v-MICRON
Title

**Appeared**                              **Appeared**
**Attorneys Present**                     **Attorneys Present**

**COURT CLERK:** Jackie Garcia            **COURT REPORTER:** Lee-Anne Shortridge

PROCEEDINGS

HEARING ON SUMMARY JUDGMENT MOTIONS AND DAUBERT MOTIONS/FURTHER CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from both sides. The Court took all motions under submission. The Court to send out a ruling to the parties. All motions are deemed submitted.