1  Gregory P. Stone (SBN 078329)
   Steven M. Perry (SBN 106154)
2  Sean Eskovitz (SBN 241877)
   MUNGER TOLLES & OLSON LLP
3  355 South Grand Avenue, 35th Floor
4  Los Angeles, CA  90071-1560
   Telephone:  (213) 683-9100
5  Facsimile:  (213) 687-3702
   Email: *gregory.stone@mto.com;*
6  *steven.perry@mto.com; sean.eskovitz@mto.com*

7  Peter A. Detre (SBN 182619)
8  Carolyn Hoecker Luedtke (SBN 207976)
   MUNGER TOLLES & OLSON LLP
9  560 Mission Street, 27th Floor
   San Francisco, California  94105
10 Telephone:  (415) 512-4000
11 Facsimile:  (415) 512-4077
   Email: *peter.detre@mto.com;*
12 *carolyn.luedtke@mto.com*

13 Attorneys for RAMBUS INC.

Rollin A. Ransom (SBN 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000;
Facsimile:  (213) 896-6600
Email: *rransom@sidley.com*

Pierre J. Hubert (admitted *pro hac vice*)
Craig N. Tolliver (admitted *pro hac vice*)
MCKOOL SMITH P.C.
300 West 6th Street, Suite 1700
Austin, TX  78701
Telephone:     (512) 692-8700
Facsimile:     (512) 692-8744
Email: *phubert@mckoolsmith.com;*
*ctolliver@mckoolsmith.com*

*E-FILED - 12/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | CASE NO. C 05-00334 RMW<br><br>**STIPULATION AND []**<br>**ORDER REGARDING EXTENSION**<br>**OF DECEMBER 6, 2007 PRETRIAL**<br>**DEADLINES** |

| | | |
|---|---|---|
| 1 | | |
| 2 | RAMBUS INC., | CASE NO. C 05-02298 RMW |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | RAMBUS INC., | CASE NO. C 06-00244 RMW |
| 10 | Plaintiff, | |
| 11 | vs. | |
| 12 | MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 13 | | |
| 14 | Defendants. | |
| 15 | HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | CASE NO. C 00-20905 RMW |
| 16 | | |
| 17 | | |
| 18 | Plaintiffs, | |
| 19 | vs. | |
| 20 | RAMBUS INC., | |
| 21 | Defendant. | |

[] ORDER REGARDING EXTENSION OF DEC. 6,
2007 PRETRIAL DEADLINES
CASES 00-0020905, 05-00334, 05-02298, 06-00224 RMW

1  WHEREAS, the trial of the claims and defenses outlined in Attachments 1 through
2  5A of the July 31, 2007 Joint Case Management Conference Statement in the above-captioned
3  matters is scheduled to begin on January 22, 2008 (hereinafter the "January 22 Trial");

4  WHEREAS, the Court issued an Order and Joint Stipulation On Pretrial Schedule
5  on November 26, 2007;

6  WHEREAS, the parties have met and conferred and agreed that they would benefit
7  from a one day extension to the December 6, 2007 deadline to file motions in limine and joint
8  jury instructions and objections to jury instructions;

9  WHEREAS, this extension will not impact the timing of the January 22 Trial

10  THEREFORE, IT IS ORDERED THAT the December 6, 2007 deadline for
11  motions in limine and joint jury instructions and objections to jury instructions shall be moved to
12  December 7, 2007.

**SO ORDERED.**

DATED: 12/6/07                                 _Ronald M. Whyte_____

Hon. Ronald M. Whyte

|   |   |
|---|---|
|   | MUNGER, TOLLES & OLSON LLP |
| Dated: December __, 2007 |   |
|   | By: */s/ Carolyn Hoecker Luedtke* |
|   | Gregory P. Stone<br>Steven M. Perry<br>Peter A. Detre<br>Carolyn Hoecker Luedtke<br>Counsel for Plaintiff RAMBUS INC. |
| Dated: December 5, 2007 | O'MELVENY & MYERS, LLP |
|   | By: *Belinda Vega* |
|   | Kenneth R. O'Rourke<br>Belinda Vega |
|   | Counsel for Defendants<br>HYNIX SEMICONDUCTOR INC.<br>et. al. |
| Dated: December 5, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES |
|   | By: */s/ Robert Becher* |
|   | Harold A. Barza<br>William Price<br>Jon Steiger<br>Robert Becher |
|   | Counsel for Defendants<br>MICRON TECHNOLOGY INC.<br>et. al. |

[ 2 ] ORDER REGARDING EXTENSION OF DEC. 6,
2007 PRETRIAL DEADLINES
CASES 00-0020905, 05-00334, 05-02298, 06-00224 RMW

| | |
|---|---|
| Dated:  December 5, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By:  */s/ Jan Ellard* |
| | Robert E. Freitas<br>Craig R. Kaufman<br>Jan Ellard |
| | Counsel for Defendants<br>NANYA TECHNOLOGY CORP.<br>et. al. |
| Dated:  December 5, 2007 | WEIL, GOTSHAL & MANGES LLP |
| | By:*/s/ David J. Healey* |
| | David J. Healey<br>Anita E. Kadala<br>Claire Goldstein |
| | Counsel for Defendants<br>SAMSUNG ELECTRONICS CO., LTD., et. al. |

Filer's Attestation:

I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being used to file this **JOINT CASE MANAGEMENT CONFERENCE STATEMENT**. In compliance with General Order 45.X.B, I hereby attest that Jan E. Ellard, Robert Becher, Belinda Vega, and David Healey concur in this filing.

By:  _____/s/_____

Carolyn Hoecker Luedtke