IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMBUS, INC.,

    Plaintiff,

-v-

SAMSUNG ELECTRONIC,

    Defendant.

*E-FILED - 1/2/08*

CASE NO.: C-05-02298-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that the Reply in Support of Motion of Rambus Inc. For Summary Adjudication of Jedec Claim in "Count VII" of Samsung's Counterclaims lodged with the court on October 15, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: January 2, 2008

                                                 RONALD M. WHYTE
                                               United States District Judge

Copy of Order E-Filed to Counsel of Record: