IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMBUS, INC.,

    Plaintiff,

-v-

SAMSUNG ELECTRONICS,

    Defendant.

*E-FILED - 1/2/08*

CASE NO.: C-05-02298-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that the Declaration of Carolyn Hoecker Luedtke in Further Support of Rambus Inc.'s Motion to Compel Samsung's Production of Documents, Interrogatory Responses, and Supplemental Written Responses to Requests for Production lodged with the court on October 30, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: January 2, 2008

                                                            RONALD M. WHYTE
                                                        United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1. Copy of Order E-Filed to Counsel of Record: