| | |
|---|---|
| Gregory P. Stone (State Bar No. 078329) | Rollin A. Ransom (State Bar No. 196126) |
| Steven M. Perry (State Bar No. 106154) | SIDLEY AUSTIN LLP |
| Sean Eskovitz (State Bar No. 241877) | 555 West Fifth Street, Suite 4000 |
| MUNGER, TOLLES & OLSON LLP | Los Angeles, California 90013-1010 |
| 355 South Grand Avenue, 35th Floor | Telephone: (213) 896-6000; |
| Los Angeles, California 90071-1560 | Facsimile: (213) 896-6600 |
| Telephone: (213) 683-9100; | Email: *rransom@sidley.com* |
| Facsimile: (213) 687-3702 | |
| Email: *gregory.stone@mto.com;* | Pierre J. Hubert (Pro Hac Vice) |
| *steven.perry@mto.com; sean.eskovitz@mto.com* | Craig N. Tolliver (Pro Hac Vice) |
| | McKOOL SMITH PC |
| Peter A. Detre (State Bar No. 182619) | 300 West 6th Street, Suite 1700 |
| Carolyn Hoecker Luedtke (State Bar No. 207976) | Austin, TX 78701 |
| MUNGER, TOLLES & OLSON LLP | Telephone: (512) 692-8700; |
| 560 Mission Street, 27th Floor | Facsimile: (512) 692-8744 |
| San Francisco, California 94105 | E-mail: *phubert@mckoolsmith.com;* |
| Telephone: (415) 512-4000; | *ctolliver@mckoolsmith.com* |
| Facsimile: (415) 512-4077 | |
| Email: *peter.detre@mto.com;* | Attorneys for Plaintiff and Counterclaim-Defendant |
| *carolyn.luedtke@mto.com* | RAMBUS INC. |

E-FILED 1/3/08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | CASE NO.: CV 00-20905 RMW<br><br>[~~XXXXXXXX~~] [PROPOSED] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5 AND 7-11)<br><br>Trial Date: January 11, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 6<br>Judge: Hon. Ronald M. Whyte |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>Defendants. | CASE NO.: C 05-00334 RMW |

4086110.1

| | | |
|---|---|---|
| 1 | RAMBUS INC., | CASE NO.: C 05-02298 RMW |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 6 | | |
| 7 | Defendants. | |
| 8 | RAMBUS INC., | CASE NO.: C-06-00244 RMW |
| 9 | Plaintiff, | |
| 10 | vs. | |
| 11 | MICRON TECHNOLOGY INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 12 | | |
| 13 | Defendants. | |

4086110.1

On December 12, 2007, Rambus Inc. filed a Motion For Administrative Relief To File Documents Under Seal in the above-captioned actions with respect to the following documents:

1. Rambus's Opposition to Manufacturers' *Daubert* Motion to Exclude Certain Testimony of Dr. David J. Teece (Confidential Version) ("Rambus's Opposition").

2. Exhibits B and C to the Declaration of Steven M. Perry in support of Rambus's Opposition.

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

Dated: _____1/3/08_____, 2̶0̶0̶7̶XX          /s/ Ronald M. Whyte
                                                               _____