IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMBUS, INC.,

    Plaintiff,

-v-

SAMSUNG ELECTRONIC, CO.,

    Defendant.

*E-FILED - 1/4/08*

CASE NO.: C-05-02298-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that the Notice to Compel Micron's Production of Rule 30 (B)(6) Witness on Communications with FTC and the Declaration of Carolyn Hoecker Luedtke in Support of the Motion lodged with the court on November 30, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: January 4, 2008

_____
RONALD M. WHYTE
United States District Judge

1
2
3
Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2