| | |
|---|---|
| Gregory P. Stone (State Bar No. 078329)<br>Steven M. Perry (State Bar No. 106154)<br>Sean Eskovitz (State Bar No. 241877)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California  90071-1560<br>Telephone:  (213) 683-9100<br>Facsimile:  (213) 687-3702<br>Email:  *gregory.stone@mto.com;*<br>*steven.perry@mto.com; sean.eskovitz@mto.com*<br><br>Peter A. Detre (State Bar No. 182619)<br>Carolyn Hoecker Luedtke (State Bar No. 207976)<br>Jennifer L. Polse (State Bar No. 219202)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California  94105<br>Telephone:  (415) 512-4000<br>Facsimile:  (415) 512-4077<br>Email: *peter.detre@mto.com;*<br>*carolyn.luedtke@mto.com; jen.polse@mto.com* | Rollin A. Ransom (State Bar No. 196126)<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California  90013-1010<br>Telephone:  (213) 896-6000<br>Facsimile:  (213) 896-6600<br>Email: *rransom@sidley.com*<br><br>Pierre J. Hubert (Pro Hac Vice)<br>Craig N. Tolliver (Pro Hac Vice)<br>McKOOL SMITH PC<br>300 West 6th Street, Suite 1700<br>Austin, Texas  78701<br>Telephone:  (512) 692-8700<br>Facsimile:  (512) 692-8744<br>Email: *phubert@mckoolsmith.com;*<br>*ctolliver@mckoolsmith.com* |

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>             Plaintiff,<br><br>     vs.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>             Defendants. | CASE NO.:  C 05-00334 RMW<br><br>**RAMBUS INC.'S ELECTION OF PATENT CLAIMS FOR TRIAL** |
| RAMBUS INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>             Defendants. | CASE NO. C 05-02298 RMW |

| | |
|---|---|
| 1  RAMBUS INC., | CASE NO.:  C 06-00244 RMW |
| 2              Plaintiff, | |
| 3        vs. | |
| 4  MICRON TECHNOLOGY INC., et al, | |
| 5              Defendants. | |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  In accordance with the Court's direction at the May 24, 2007 case management
2  conference, Rambus has asserted 25 patent claims in this litigation.  In its August 27, 2008
3  Supplemental Claim Construction Order for the Ware Patents, the Court stated that it expects
4  Rambus to further reduce the number of asserted claims for trial.  Order at 9.  Pursuant to the
5  Court's direction, and without prejudice to subsequent assertion of non-asserted claims, Rambus
6  hereby elects to proceed to the trial currently scheduled for January 19, 2009 on the following
7  claims:[1]

| Patent | Claim(s) |
|---|---|
| 6,182,184 | 14 |
| 6,266,285 | 16 |
| 6,314,051 | 27, 43 |
| 6,324,120 | 33 |
| 6,378,020 | 36 |
| 6,426,916 | 28 |
| 6,452,863 | 16 |
| 6,546,446 | 3, 4 |
| 6,584,037 | 34 |
| 6,751,696 | 4 |

DATED: September 4, 2008

MUNGER, TOLLES & OLSON LLP
SIDLEY AUSTIN LLP
McKOOL SMITH P.C.

By:  */s/ Jennifer L. Polse*
         JENNIFER L. POLSE

Attorneys for RAMBUS INC.

---

[1] Rambus has not elected to try at this time the claims of U.S. Patent No. 6,715,020 that it had asserted against Samsung's and Micron's memory controllers, thereby rendering moot Micron's pending motion to strike portions of Rambus's Final Infringement Contentions, and that part of Samsung's pending motion to strike portions of Rambus's Final Infringement Contentions that is directed to memory controllers.  Rambus reserves the right to proceed with its claims against Samsung's and Micron's memory controllers in a subsequent trial.