| | |
|---|---|
| Gregory P. Stone (SBN 078329)<br>Andrea Weiss Jeffries (SBN 183408)<br>Fred A. Rowley, Jr. (SBN 192298)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>Email: gregory.stone@mto.com<br>Email: andrea.jeffries@mto.com<br>Email: fred.rowley@mto.com<br><br>Peter A. Detre (SBN 182619)<br>Rosemarie T. Ring (SBN 220769)<br>Jennifer L. Polse (SBN 219202)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>Email: peter.detre@mto.com<br>Email: rose.ring@mto.com<br>Email: jen.polse@mto.com<br><br>Attorneys for RAMBUS INC. | Rollin A. Ransom (SBN 196126)<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br>Email: rransom@sidley.com<br><br>Pierre J. Hubert (Pro Hac Vice)<br>Craig N. Tolliver (Pro Hac Vice)<br>McKOOL SMITH PC<br>300 West 6th Street, Suite 1700<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br>Email: phubert@mckoolsmith.com<br>Email: ctolliver@mckoolsmith.com |

***E-FILED - 12/23/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>　　　　　Defendants. | CASE NO.:  C 05-00334 RMW<br><br>**[] ORDER GRANTING RAMBUS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**<br><br><br>Date:   December 12, 2008<br>Time:  9:00 a.m.<br>Courtroom: 6<br>Judge:  Hon. Ronald M. Whyte |

[] ORDER GRANTING RAMBUS' MOTION
FOR ADMIN. RELIEF TO FILE DOCS UNDER SEAL
CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

SF1 1515801v.1

| | |
|---|---|
| RAMBUS INC., | CASE NO.: C 05-02298 RMW |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |
| RAMBUS INC., | CASE NO.: C 06-00244 RMW |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY INC., et al., | |
| Defendants. | |

[] ORDER GRANTING RAMBUS' MOTION
FOR ADMIN. RELIEF TO FILE DOCS UNDER SEAL
CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

SF1 1515801v.1

1   The Court has considered Rambus Inc.'s ("Rambus") Motion for Administrative
2   Relief to File Documents Under Seal and the Declaration of Matthew T. Powers filed therewith.
3   The Court finds good cause to file the following materials under seal:
4   Rambus' Opposition to Nanya Technology Corporation and Nanya Technology
5   Corporation USA's (collectively, "Nanya") Motion for Leave to Amend Their Reply to Rambus'
6   Counterclaims in Reply, Affirmative Defenses Thereto, and Counterclaims in Reply Thereto; and
7   Exhibits 6-9 to the Powers Declaration in Support of Rambus' Opposition to
8   Nanya's Motion for Leave to Amend Their Reply to Rambus' Counterclaims in Reply,
9   Affirmative Defenses Thereto, and Counterclaims in Reply Thereto.
10  IT IS HEREBY ORDERED that Rambus' Motion is Granted and the foregoing
11  materials shall be filed under seal.

12
13  DATED: _____12/23_____, 2008        _____Ronald M. Whyte_____
                                        The Honorable Ronald M. Whyte

- 1 -   [] ORDER GRANTING RAMBUS' MOTION
        FOR ADMIN. RELIEF TO FILE DOCS UNDER SEAL
        CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

SF1 1515801v.1