(All parties and counsel listed on Signature Page)

*E-FILED - 2/11/10*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br>     Plaintiff, <br>   v. <br> SAMSUNG ELECTRONICS CO., LTD., et al., <br>     Defendants. | CASE NO. C 05-02298 RMW <br><br> **STIPULATION AND [] ORDER OF DISMISSAL** |

1 | Rambus Inc. ("Rambus") and Samsung Electronics Co., Ltd., Samsung Electronics
2 | America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P.
3 | (collectively, "Samsung") have settled the present dispute on mutually-agreeable terms.
4 | The parties stipulate, in accordance with Federal Rule of Civil Procedure 41, as follows:
5 | 1. Rambus hereby dismisses all claims and/or counterclaims brought against Samsung in
6 | this action with prejudice;
7 | 2. Samsung hereby dismisses all claims and/or counterclaims brought against Rambus in
8 | this action with prejudice; and
9 | 3. Each party shall bear its own attorneys' fees and costs.

DATED: February 4, 2010              Respectfully submitted,

By:  /s/
     GREGORY P. STONE (Bar No. 078329)
     Email: gregory.stone@mto.com
     MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue, 35th Floor
     Los Angeles, CA  90071
     Telephone: (213) 683-9100
     Facsimile: (213) 687-3702

     Attorneys for
     RAMBUS INC.


By:  /s/
     MATTHEW D. POWERS (Bar No. 104795)
     Email: matthew.powers @weil.com
     WEIL GOTSHAL & MANGES LLP
     201 Redwood Shores Parkway
     Redwood Shores, CA 94065
     Telephone: (650) 802-3200
     Facsimile: (650) 802-3100

     Attorneys for
     SAMSUNG ELECTRONICS CO., LTD.,
     SAMSUNG ELECTRONICS AMERICA, INC.,
     SAMSUNG SEMICONDUCTOR, INC., and
     SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

1 IT IS SO ORDERED.

2
DATED: 2/9/10                    _____
3                                The Honorable Ronald M. Whyte
                                 UNITED STATES DISTRICT JUDGE
4

**Filer's Attestation:**

I, Gregory P. Stone, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**. In compliance with General Order 45.X.B., I hereby attest that Matthew D. Powers concurs in this filing.

By: /s/
GREGORY P. STONE (Bar No. 078329)